THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PAQUA, Appellant.—

Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.